**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIS GAUTIER,**

        **Plaintiff,**

**v.**                                           **Case No: 6:12-cv-1181-Orl-31GJK**

**CITI AUCTION 6, INC., CITI AUCTION 7, INC., CITI AUCTION 8 and TERESA A. BROOKS,**

        **Defendants.**

## ORDER

This cause comes before the Court on the Plaintiffs' Motion for Entry of Default Final Judgment against Defendants, filed October 4, 2012.

On December 3, 2012, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED in part.** The Clerk is directed to enter final default judgment in favor of Plaintiffs Luis Gautier and Wesley Perez and against Defendants Citi Auction #6, Inc., Citi Auction #7, Inc., Citi Auction #8, Inc. And Teresa A. Brooks, jointly and severally, as follows:

| | | |
|---|---|---|
| Luis Gautier - | $5,983.84 | Overtime |
| | $5,983.84 | Liquidated Damages |
| | + $122.25 | Costs |
| | $12,089.93 | |
| | | |
| Wesley Perez - | $3,994.16 | Overtime |
| | $3,994.16 | Liquidated Damages |
| | + $122.25 | Costs |
| | $8,110.57 | |

    3.      In all other respects the motion is **DENIED**.

    4.      After entry of Judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 21, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party